IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH L. HERSHEY,

    Plaintiff,

v.

GALE A. MCMAHON; KLAMATH COUNTY SHERIFF'S DEPARTMENT; KLAMATH HUMANE SOCIETY; OREGON HUMANE SOCIETY; KLAMATH COUNTY CIRCUIT COURT, ET AL.,

    Defendants.

Case No. 1:19-cv-01558-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 40), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Report and Recommendation (ECF No. 40) is adopted in full. Defendant's Motions to Dismiss (ECF Nos. 8, 10, 13, and 28) are GRANTED. The case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 25th day of February, 2020.

       s/Michael J. McShane
       Michael McShane
       United States District Judge